Asa A. Dutton, Respondent, v. Ida B. Dutton, Appellant.— Order unanimously affirmed, without costs.

Before State Industrial Board, Respondent. Stanley Daro (Otherwise Known as Hudirn), Respondent, v. National Carbon Company and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of injury was given, and no finding having been made that the employer had knowledge of the accident the failure to give notice has been improperly excused. All concur.

Before State Industrial Board, Respondent. Bernard Forman, Appellant, v. S. & R. Frame Manufacturing Company and Another, Respondents.— Motion granted, by default.

George Feulner, Appellant, v. Harry W. Roberts and Another, Respondents.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Harry Feiner, Respondent, v. A. Goodman & Sons, Inc., and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board.

Before State Industrial Board, Respondent. Anna Greenberg, Appellant, v. Max Greenberg and Another, Respondents.— Motion granted, by default.

Before State Industrial Board, Respondent. John Garnes, Respondent, v. Farrar & Trefts, Inc., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence as to the extent of diminished earning capacity, and no legal proof of disability during the period of the award. All concur.

Before State Industrial Board, Respondent. Susan E. Hoffman, Respondent, v. Syracuse Portrait Company and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Ernest Haach, Respondent, v. Wm. Johnson Well Drilling Company and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Claude Haines, Appellant, v. Fenster Brothers-Fleishman, Inc., Respondent.— Judgment and order unanimously affirmed, with costs.

Frederick W. Kookogey, Appellant, v. Charles A. O'Hara, Respondent, Impleaded with Others.— The motion by plaintiff for summary judgment and to strike out the counterclaim is denied. The motion by defendant to dismiss the appeal, taken by plaintiff from the order of the Special Term, made March 14, 1925, is granted. The motion by defendant for judgment dismissing the complaint for failure to prosecute is denied.

Before State Industrial Board, Respondent. Samuel Karbowitz, Respondent, v. J. Weinstein & Son and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Peter Kayrod, Respondent, v. Paul J. Siegner and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board to make a finding whether the refusal of the claimant to undergo treatment was reasonable or unreasonable. All concur.